TIMOTHY M. BURGESS
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30  PM 3: 25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. A02-007 CR (JWS) |
| ) | |
| Plaintiff, ) | **UNITED STATES' MOTION** |
| ) | **TO FILE AUDIO CD TO ITS** |
| vs. ) | **OPPOSITION TO MOTION** |
| ) | **PURSUANT TO 28 U.S.C. §** |
| GABRIEL CLARK-AIGNER, ) | **2255** |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States and hereby moves this Court to accept the enclosed audio cd containing the defendant's change of plea hearing held April 25, 2002, for the convenience of the Court.  The government has cited to the change of plea hearing in its opposition and respectfully asks the Court to accept

the audio cd.

RESPECTFULLY SUBMITTED on December 30, 2005, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 30, 2005, via:

(X) FAX and U.S. Mail

Scott Sterling
Attorney at Law
851 E. Westpoint Drive, Ste. 201
Wasilla, Alaska 99654
Fax: 907-376-8078

Executed at Anchorage, Alaska, on December 30, 2005

Office of the U.S. Attorney

2