RECEIVED

JAN 1 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

THAT MY ATTORNEY SCOTT N. STERLIN
FILED :: DEC. 6, 2005.

TO CLERK - OF COURT    3:02 cr 007 (JWS)    1-11-06

I HAVE ENCLOSED A COPY OF A LETTER I SENT TO MY ATTORNEY, THE DATE OF IT BEING SENT OUT SHOULD BE 1-12-06... THE SAME DAY AS THIS. I WOULD APPRECIATE IT IF THIS AND THE COPY OF THE LETTER BE FILED IN THE COURTS, JUST INCASE IT'S NEEDED IN FUTURE, MY MAIN CONCERN AS OF NOW IS THE FACT THAT (THE NEW PETITION) IS MISSING SOME GROUNDS THAT I ORIGINALY PUT ON MY 22.55 THAT I FILED, AND I'M A LITTLE CONFUSED ON WHATS IS GOING ON. I'M SORRY THAT THE COPY IS NOT FROM A COPY MACHINE BUT I'M IN THE HOLE AND HAVE NO ACCESS TO A MACHINE.

THANK-YOU GABRIEL.