SCOTT A. STERLING                                    1-11-06

It took me a couple of times to understand the last motion you sent. I'm sorry to say that I am very dissapointed that you did not put the stuff on my original 22.55 on your new petition. The grounds on my 22.55 were very good and there is proof on each one. Please explain to me why you only asked for an evidentiary hearing with just one ground? And not my grounds on my original 22.55? Also what do you think about these grounds I just come up with.

1. <u>Cooper v. Sullivan</u>, 446 US 335, 348, 64 LED2d 333, 100 SCT 1708 (1980)

2. <u>Atley v. Ault</u>, 191 F3d 865 (8th Cir. 1998)

3. <u>Brown v. Johnson</u>, 224 F3d 461 (5th Cir. 2000)

4. <u>Gonzales v. U.S.</u>, 33 F3d 1047 (9th Cir. 1994)

5. Federal Rules of Criminal Procedure, 18 U.S.C § 3552(a)

6. <u>U.S. v. Davenport</u>, 151 F3d 125 (11th Cir 1998)

7. <u>Sanchez v. U.</u>, 50 F3d 1448 (9th Cir. 1995) "Brady Claim"

8. <u>U.S. v. Bisse</u>, 814 F.Supp. 760 (C.D. Wis. 1993)

I was never given a copy of my plea agreement... U.S. v. Busse! I would of put that on my original 22.55 but I recently found out about that. Look man, my first attorney screwed me and it's starting to look like the same now. I don't know, I guess I'm just confused. But if you don't plan on trying to help me to your best capability for whatever reason, let me know so I can try to get a new attorney. I don't know maybe you are and I'm just missing something, but please explain to me why you did not use my grounds on your new petition and please explain to me a little better on what is going on. I do thank you for taking your time on my case and I'm hoping to hear from you soon. And also, I have been trying to call you but do that I am in the hole, it seems to be impossible. Please call my counselor Mrs. Mills to set up a time to call... Thank you.
  Gabriel.

P.S.
If you would have talked to me before you filed the new petition I would of asked you to use the same grounds as in my original 22.55...
  Thank you.