IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | No. 3:02-cr-7 |
| Plaintiff,       ) | |
| ) | |
| vs.                                           ) | **ORDER RE:** |
| ) | **APPLICATION FOR** |
| GABRIEL CLARK-AIGNER,       ) | **WRIT OF HABEAS CORPUS** |
| ) | <u>**AD TESTIFICANDUM**</u> |
| Defendant.       ) | |
| _____) | |

   Upon petition of Gabriel Clark-Aigner, IT IS HEREBY ORDERED that the Clerk of the Court be and is hereby instructed to issue a Writ of Habeus Corpus to the United States Marshal's Office to transport Gabriel Clark-Aigner, inmate registration number 14425-006, from U.S. Penitentiary Hazelton in Hazelton, West Virginia to Anchorage, Alaska on or before July 1, 2006 and to bring him to the United States District Court in Anchorage on July 5, 2006 at 9:30 a.m. for an evidentiary hearing before U.S. Magistrate Judge John D. Roberts.

   DATED this ___ day of June, 2006 at Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge

**<u>United States v. Clark-Aigner</u>**
**3:02-cr-7**
**Order re:**
**Application For Writ of Habeas Corpus**
**Page 1 of 2**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 1st day of June, 2006 upon:

AUSA Kevin Feldis
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling