IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) No. 3:02-cr-7 | |
| Plaintiff, ) | |
| ) | |
| vs. ) **AFFIDAVIT OF COUNSEL:** | |
| ) **APPLICATION FOR** | |
| GABRIEL CLARK-AIGNER, ) **WRIT OF HABEAS CORPUS** | |
| ) **AD TESTIFICANDUM** | |
| Defendant. ) | |
| _____) | |

| | |
|---|---|
| STATE OF ALASKA ) | |
| )ss. | |
| THIRD JUDICIAL DISTRICT ) | |

   Scott A. Sterling, being first duly sworn upon oath, deposes and says as follows:

   1. I am attorney for defendant Gabriel Clark-Aigner.

   2. This affidavit supports the application of Mr. Clark-Aigner for a writ of habeas corpus ad testificandum to bring him before this court to testify as a material witness at an evidentiary hearing set for July 5, 2006 at 9:30 a.m.

   3. Mr. Clark-Aigner is presently incarcerated at U.S. Penitentiary Hazelton in Hazelton, West Virginia. His inmate registration number is 14425-006.

   4. Given the allegations made in the petition and the potential that Mr. Clark-Aigner may offer testimony regarding these allegations, it is my request that he be transported to Anchorage in a fashion that

will allow me to consul with him in person prior to the hearing and which will allow me to consult with him in person prior to the hearing and which will allow him to be physically present at the hearing.

5. Accordingly, on Mr. Clark-Aigner's behalf, I would respectfully request that this court issue a writ of habeas corpus directing that the U.S. Marshal's office transport Mr. Clark-Aigner to Anchorage, Alaska on or before July 1, 2006 and that he be brought to U.S. District Court in Anchorage on July 5, 2006 at 9:30 a.m. for an evidentiary hearing before U.S. Magistrate Judge Roberts.
FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Scott A. Sterling
Scott A. Sterling

Subscribed and sworn to before me this 1st day of June, 2006.

/s/ Ann L. Dearmond
Notary Public in and for Alaska
My Commission Expires: 1/18/08

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 2nd day of June, 2006 upon:

AUSA Kevin Feldis
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling

**United States v. Clark-Aigner
3:02-cr-7
Affidavit of Counsel:
Application For Writ of Habeas Corpus
Page 3 of 3**