IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　)  No. 3:02-cr-7<br>Plaintiff, )<br>　)<br>vs. ) **NOTICE OF FILING RE:**<br>　)<br>GABRIEL CLARK-AIGNER, ) **WRIT OF HABEAS CORPUS**<br>　) **AD TESTIFICANDUM**<br>Defendant. )<br>_____) | |

　　　Defendant Gabriel Clark-Aigner hereby gives notice that he is filing herewith his proposed Writ of Habeas Corpus Ad Testificandum in the above-captioned matter. The proposed writ is attached to this notice.

　　　DATED this 2nd day of June, 2006 at Anchorage, Alaska.

　　　　　　　　　　　Sterling & DeArmond
　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　Gabriel Clark-Aigner

　　　　　　　　　　By: s/ Scott A. Sterling
　　　　　　　　　　　Scott A. Sterling
　　　　　　　　　　　Sterling & Dearmond
　　　　　　　　　　　851 Westpoint Drive, Suite 201
　　　　　　　　　　　Wasilla, Alaska 99654
　　　　　　　　　　　Telephone: (907) 376-8076
　　　　　　　　　　　Fax:　　　 (907) 376-8078
　　　　　　　　　　　Email: scottsterling@alaskalawyers.net
　　　　　　　　　　　Bar No. 8706053

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 2nd day of June, 2006 upon:

AUSA Kevin Feldis
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

By: /s/ Scott A. Sterling