IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:02-cr-7 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GABRIEL CLARK-AIGNER, ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD TESTIFICANDUM** |
| Defendant. ) | |
| _____) | |

**The United States District Court for the District of Alaska to:**

United States Marshal, District of Alaska, or his duly authorized representative and Warden, United States Penitentiary Hazelton, Hazelton, West Virginia or his duly authorized representative

GREETINGS:

We command that you have the body of Gabriel Clark-Aigner, by you imprisoned and detained as it is said at United States Penitentiary Hazelton, Hazelton, West Virginia, under safe and secure conduct on or before July 1, 2006, before United States Magistrate Judge John D. Roberts, United States District Court within and for the District of Alaska, at Anchorage, Alaska, for giving of testimony at an evidentiary hearing on July 5, 2006 at 9:30 a.m. and other proceedings as the Court may desire, thereafter and as necessary in United States v. Gabriel Clark-Aigner, Case No. 3:02-cr-7, now pending before said court, and that you return said person to the United States Bureau of Prisons, United States Penitentiary Hazelton, Hazelton, West Virginia as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this _____ day of June, 2006.

_____
CLERK, U.S. DISTRICT COURT
DISTRICT OF ALASKA

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 2nd day of June, 2006 upon:

AUSA Kevin Feldis
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99501

Counsel for Plaintiff
United States of America

By: /s/ Scott A. Sterling