**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

UNITED STATES v. GABRIEL CLARK-AIGNER

Case No. *3-02-cr-00007-JWS-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

**MINUTE ORDER FROM CHAMBERS**

**RE: Application for Writ of Habeas Corpus Testificandum, Docket No. 367**

Upon petition of Gabriel Clark-Aigner, IT IS HEREBY ORDERED that the Clerk of the Court be and is hereby instructed to issue a Writ of Habeas Corpus to the United States Marshal's Office to transport Gabriel Clark-Aigner, inmate registration number 14425-006, from U.S. Penitentiary Hazelton in Hazelton, West Virginia to Anchorage, Alaska on or before July 1, 2006 and to bring him to the United States District Court in Anchorage on July 5, 2006 at 9:30 a.m. for an evidentiary hearing before U.S. Magistrate Judge John D. Roberts.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

June 2, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-02-cr-00007-JWS-JDR CLARK-AIGNER 2255 @367 MO Re WHC Ad Test.wpd