(Rev 7/06)

# LIST OF EXHIBITS

--------------------------------------------------------------------------------

Case No. 3:02-cr-00007-01-JWS          Judge: **JOHN D. ROBERTS**

Title          U.S.A.
     vs.
          Gabriel Clark-Aigner

Dates of Hearing/Trial:    July 5, 2006

Deputy Clerk/Recorder:    April Karper  /*Caroline Edmiston*

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| David Nesbett | Scott Sterling |
| | |
| | |

--------------------------------------------**EXHIBITS**--------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 7/6 | Plea Agreement | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |