# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. GABRIEL CLARK-AIGNER

Case No. *3-02-cr-00007-JWS-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

At the evidentiary hearing held July 5, 2006 defense counsel acquiesced that he would have his brief on the legal arguments in support of movant's position regarding his opposition to the government's motion to dismiss based on statute of limitations filed by July 12, 2006. (Transcript of Hearing, p.95). As of this date the record does not reflect any pleading having been filed. Accordingly, movant shall have until Friday, July 28, 2006 within which file said brief. The government shall file its response no later than Friday, August 4, 2006. Movant's reply, if any shall be due by August 9, 2006.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

July 19, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-02-cr-00007-JWS-JDR CLARK-AIGNER 2255 MO Re Briefing on Statute of Limitations.wpd