**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

                                    Case Number 3:05-cv-00132-JWS
v.                                         [3:02-cr-00007-JWS]

GABRIEL CLARK-AIGNER,
    Defendant.                  **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** The issues have been tried or heard and a decision has been rendered. This court finds that the recommended findings of fact and conclusions of law are in all respects correct. This court adopts the recommendation from the magistrate judge.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.

APPROVED:

/s/JOHN W. SEDWICK
JOHN W. SEDWICK
United States District Judge

                                          Ida Romack
                                        Clerk of Court

   October 5, 2006
Date

                                        Robin M. Carter
                                        (By) Deputy Clerk

[~0408049.wpd]