IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cv-00132-JWS |
| ) | [3:02-cr-00007-JWS] |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GABRIEL CLARK-AIGNER, ) | |
| ) | **NOTICE** |
| Defendant. ) | **OF** |
| _____) | **APPEAL** |

Defendant Gabriel Clark-Aigner hereby appeals to the United States Court of Appeals for the Ninth Circuit from that order and judgment of the United States District Court for the District of Alaska dated October 5, 2006 denying and dismissing his application for post-conviction relief under Title 28, United States Code, Section 2255.

RESPECTFULLY SUBMITTED this 16th day of October, 2006 at Anchorage, Alaska.

Sterling & DeArmond, P.C.
Counsel for Defendant
Gabriel Clark-Aigner

By:/s/Scott A. Sterling
    Scott A. Sterling

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by

means of the ECF system upon:

AUSA David A. Nesbett
Federal Bldg. & U.S. Courthouse
222 West 7th Avenue, #9
Room 253
Anchorage, Alaska 99513-7567
Fax: (907) 271-3224
Email: david.nesbett@usdoj.gov
Counsel for Plaintiff
United States of America


By: /s/ Scott A. Sterling