# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | v. | GABRIEL CLARK-AIGNER |

THE HONORABLE JOHN W. SEDWICK     CASE NO.    3:02-cr-00007-JWS

Deputy Clerk

 Elisa Singleton

APPEARANCES:   For PLAINTIFF:   ---
               For DEFENDANT:   ---

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      Defendant Clark-Aigner has appealed but has not filed a request for the necessary certificate of appealability. This court will treat the notice of appeal as including such a request. The request for certificate of appealability is **GRANTED** as to the following issue: Is defendant Clark-Aigner's motion for relief filed pursuant to 28 U.S.C. 2255 time barred by the Anti-Terrorism and Effective Death Penalty Act of 1996?

ENTERED AT JUDGE'S DIRECTION

DATE: October 25, 2006                    INITIALS: EKS

[CertAppeal]{IA.WPD*Rev.12/96}