UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
NOV 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06-35965

**CASE INFORMATION:**
Short Case Title: USA v. Clark-Aigner
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick, 3:02-cr-00007-01-JWS
Date Complaint/Indictment/Petition Filed: 1/16/2002
Date Appealed Order/Judgment *entered*: 10/10/2006
Date NOA *filed*: 10/16/2006
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
X  granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: April Karper 907-677-6102; Caroline Edmiston - 907-677-6103; Robin Carter - 907-677-6127; Elisa Singleton 907-677-6105

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: _____         Date FP denied: __
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal?  No yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
Scott Sterling                    David A. Nesbett
Sterling & Dearmond               US Attorney's Office
851 Westpoint Drive, Ste 201      222 W 7th Ave., #9
Wasilla, AK 99654                 Anchorage, AK 99513
907-376-8076                      907-271-5071
scottsterling@alaskalawyers.net   david.nesbett@usdoj.gov

__retained   X  CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 1445-006_____Address: __
Custody: Yes
Bail: _____
**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __          9th Circuit Docket Number: __

Name and phone number of person completing this form: Elisa Singleton 907-677-6105