# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

RECEIVED
NOV 13 2006
CLERK U.S. CI COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 06-35965 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00132-JWS |
| v. | TIME SCHEDULE ORDER |
| GABRIEL CLARK-AIGNER, | |
| Defendant - Appellant. | |

FILED
NOV 08 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

The parties shall meet the following time schedule:

| 2/1/07 | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
|---|---|
| 3/5/07 | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |
| *** | The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Candace Permillion
Deputy Clerk