**FILED**

**FEB 1 2 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-35965 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00132-JWS |
| | CR-02-00007-JWS |
| v. | District of Alaska, |
| | Anchorage |
| GABRIEL CLARK-AIGNER, | |
| Defendant - Appellant. | ORDER |

**RECEIVED**

FEB 1 4 2007

CLERK, U.S. ......... COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Appellant's late motion for an extension of time to file the opening brief is granted. The opening brief is due April 2, 2007; the answering brief is due May 2, 2007; and the optional reply brief is due 14 days after service of the answering brief.

Appellant is reminded that a motion for an extension of time to file a brief should be filed at least seven days before the expiration of the time prescribed for filing the brief. *See* 9th Cir. R. 31-2.2(b).

Appellant is also informed that a motion for an extension of time to file a brief should include the position of opposing counsel. *See* 9th Cir. R. 31-2.2(b)(6).

_Peter L. Shaw_
General Order 6.3(e)

promo commissioner 2.5.07\lbs