UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY 14 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-35965 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00132-JWS |
| v. | CR-02-00007-JWS |
| GABRIEL CLARK-AIGNER, | District of Alaska, Anchorage |
| Defendant - Appellant. | ORDER |

RECEIVED
MAY 10 2007
CLERK, U.S. _____ COURT
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

Appellant's late motion for a second extension of time to file the opening brief is construed as a motion to file the transcript designation out of time. So construed, the motion is granted. The transcript designation is due June 7, 2007 in the district court. The transcripts are due July 9, 2007.

Appellant shall provide a copy of this order to the court reporter(s).

The opening brief is due August 8, 2007; the answering brief is due September 7, 2007; and the optional reply brief is due 14 days after service of the answering brief.

_Peter L. Shaw_
General Order 6.3(e)

promo commissioner 5.7.07\lbs