UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM    CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED

JUN 2 0 2007

U.S. Court of Appeals # _06-35965_    U.S. District Court # _CV05-00132-JWS_

Short Case Title _USA v. Gabriel Clark-Aigner_    _(3:02-cr-00007-01-JWS)_

Date Notice of Appeal Filed by Clerk of District Court _10-16-06_

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| ~~July 7, 2006~~ | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| _Evidentiary Hearing July 7, 2006_ | | (OTHER) |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all  counsel of this intention.  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand.  I further agree to pay for work done prior to cancellation of this order.  ***I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).***

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention.  The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court.  I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _6-19-07_    Estimated Date for Completion _____

Signature of Attorney _____    Phone Number _907 376 8076_

Address _851 Westpoint Drive, #201_
_Wasilla, AK, 99654_

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _7/14/06_ Court Reporter's Signature _Carolene Edmison_

(Trscrpt.des)    DKT 375

USDCA - Form 46 (revised 10/04)