UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
JUL 31 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-35965 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos.  CV-05-00132-JWS |
|  | CR-02-00007-JWS |
| v. | District of Alaska, Anchorage |
| GABRIEL CLARK-AIGNER, |  |
|  | ORDER |
| Defendant - Appellant. |  |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of Scott A. Sterling, Esq., 851 East Westpoint Drive, Wasilla, Alaska 99654, (907) 376-8076, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by September 4, 2007. The transcript is due October 4, 2007. Appellant's opening brief and excerpts of record are due November 13, 2007; appellee's answering brief is due December 13, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

06-35965

The Clerk shall serve this order on former counsel.

**REDACTED SIGNATURE**

General Order 6.3(e)