Valerie L. Brown
Law Office of Valerie L. Brown
P.O. Box 91659
Anchorage, AK 99509-1659
Tel.:907-272-4544
Fax:866-617-0731
valerie.brown@alaska.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. A02-007 CR (JWS) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GABRIEL CLARK-AIGNER | ) | MOTION TO |
| | ) | UNSEAL PROCEEDING |
| Defendant. | ) | FOR TRANSCRIPTION |
| | ) | |

Defendant requests that the Change of Plea Hearing held April 25, 2002 be unsealed in order for the proceeding to be transcribed. The transcript is necessary for the pending appeal of this case, Ninth Circuit Case No. 06-35965.

DATED September 11, 2007 at Anchorage, Alaska.

Respectfully Submitted,

_____
Valerie L. Brown
Attorney for Defendant