IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                        Plaintiff,      )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>GABRIEL CLARK-AIGNER          )<br>                                                          )<br>                        Defendant.   )<br>_____) | No. A02-007 CR (JWS)<br><br><br><br><br>ORDER RE: MOTION TO<br>UNSEAL PROCEEDING<br>FOR TRANSCRIPTION |

Defendant's Motion to Unseal the Change of Plea Hearing held April 25, 2002 in order for the proceeding to be transcribed is GRANTED.

DATED _____, 2007 at Anchorage, Alaska.


_____
JOHN W. SEDWICK
United States District Judge