Valerie L. Brown
Law Office of Valerie L. Brown
P.O. Box 91659
Anchorage, AK 99509-1659

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | No. A02-007 CR (JWS) |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| GABRIEL CLARK-AIGNER   ) | NOTICE OF ATTACHMENT |
| ) | |
| Defendant.   ) | |
| _____) | |

A corrected signature block and certificate of service for Defendant's Motion to Unseal Proceeding for Transcription, originally filed September 11, 2007, is attached.

DATED September 12, 2007 at Anchorage, Alaska.

Respectfully Submitted,

S/Valerie L. Brown
_____
Valerie L. Brown
Attorney for Defendant
P.O. Box 91659
Anchorage, AK 99509-1659
Tel.:907-272-4544
Fax:866-617-0731
valerie.brown@alaska.com

## Certificate of Service

I hereby certify that on September 12, 2007, a copy of the Notice of Attachment and corrected Motion to Unseal Proceeding for Transcription was served electronically on Michael D. Dieni and John J. Novak.

s/ Valerie L. Brown