Valerie L. Brown
Law Office of Valerie L. Brown
P.O. Box 91659
Anchorage, AK 99509-1659

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A02-007 CR (JWS) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GABRIEL CLARK-AIGNER ) | MOTION TO |
| ) | UNSEAL PROCEEDING |
| Defendant. ) | FOR TRANSCRIPTION |
| _____) | |

    Defendant requests that the Change of Plea Hearing held April 25, 2002 be unsealed in order for the proceeding to be transcribed. The transcript is necessary for the pending appeal of this case, Ninth Circuit Case No. 06-35965.

    DATED September 11, 2007 at Anchorage, Alaska.

    Respectfully Submitted,

    S/Valerie L. Brown

    _____
    Valerie L. Brown
    Attorney for Defendant
    P.O. Box 91659
    Anchorage, AK 99509-1659
    Tel.:907-272-4544
    Fax:866-617-0731
    valerie.brown@alaska.com

## Certificate of Service

I hereby certify that on September 11, 2007, a copy of the attached Motion to Unseal Proceeding for Transcription was served electronically on Michael D. Dieni and John J. Novak.

s/ Valerie L. Brown