# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    PLAINTIFF/APPELLEE,

v.

GABRIEL CLARK-AIGNER

    DEFENDANT/APPELLANT

Court of Appeals
Docket No. 06-35965

Docket Number (s) of Court of Appeals Companion and/or cross appeals (if known).

District Court
 Docket Number. 3:05-cv-00132-JWS 3:05-cr-00007-JWS

## CERTIFICATE OF RECORD

    This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

    The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

    Appeals in habeas corpus and 28 USC 2255 motions to Vacate Sentence Case are treated as civil appeals in the Court of Appeals. Criminal appeals briefing schedules have been set by Time Schedule Order.

Transcript Dates: 04-25-02
Copy of Certificate of Record filed in U.S. District Court Date: 11-20-07

    IDA ROMACK
    Clerk U.S. District Court
    for the District of Alaska.

    by: CARLA APPLEBEE
    Deputy Clerk

{Certif.app Rev. 4/03}