UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 1 6 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>    v.<br><br>GABRIEL CLARK-AIGNER,<br><br>    Defendant - Appellant. | No. 06-35965<br><br>D.C. Nos. CV-05-00132-JWS<br>          CR-02-00007-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |



RECEIVED

NOV 1 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appellant's motion to modify the briefing schedule is granted. A review of the district court docket reflects that all designated transcripts have been filed as of November 13, 2007.

The opening brief is due December 24, 2007; the answering brief is due January 23, 2008; and the optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

**Signature Redacted**

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

pro 11.12